# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# NOTICE

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**VS.**     **CASE NO.: 3:25-cr-176-DMB-RP**

**LINDSEY ALDY WHITESIDE**     **DEFENDANT**

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>305 MAIN STREET<br>GREENVILLE, MS   38701 | **Oxford Courtroom 1 VIA VTC** |
| | *Date and Time*<br>**OCTOBER 28, 2025**<br>**3:00 P.M.** |

Type of Proceeding

## DETENTION HEARING
## BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**DAVID CREWS, Clerk of Court**

By:     /s/ Itonia R. Williams
          Courtroom Deputy

Date:   October 27, 2025