**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.** **NO. 3:25-CR-176**

**LINDSEY ALDY WHITESIDE**

# EXHIBIT LIST – EVIDENTIARY HEARING

| Presiding Judge<br>Debra M. Brown | Attorney for Government<br>Parker King | Attorneys for Defendant<br>Anthony Farese<br>Joseph Cooper |
|---|---|---|
| Date<br>11/12/2025 | Court Reporter<br>Brenda Blackburn | Courtroom Deputy<br>LaToya L. Davis |

| Gov. | Def. | Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | D-1 | 11/12/25 | | X | DeSoto County Indictment filed 12/13/24 |
| | D-2 | 11/12/25 | | X | DeSoto County Justice/Circuit Court bond documents filed 11/22/24 |
| | D-3 | 11/12/25 | | X | DeSoto County Circuit Court Petition to Enter Plea of Guilty filed 10/13/25 |
| | D-4 | 11/12/25 | | X | DeSoto County Circuit Court Sentencing Order filed 10/13/25 |
| | D-5 | 11/12/25 | | X | GPS report from 10/10/25 to 10/24/25 |
| G-1 | | 11/12/25 | | X | Residential Lease Agreement of Clarissa Gayle Whiteside dated 11/10/25 (excerpt) |
| | | | | | |