**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.**                                                                                          **NO. 3:25-CR-176**

**LINDSEY ALDY WHITESIDE**

**ORDER**

On March 13, 2026, Lindsey Aldy Whiteside moved to continue the April 20 trial date and to extend the March 30 plea deadline, March 30 motions-in-limine deadline, March 23 dispositive motions deadline, and the March 16 non-dispositive motions deadline. Doc. #39. As cause, Whiteside represents:

> [Her c]ounsel … recently concluded a two (2) week trial before this court …. [D]ue to the winter storm at the end of January 2026 cases and dockets were continued causing a bottle neck in March. [Her c]ounsel has not had adequate time to meet with [her] and the prosecution to conduct additional discussions[ and] requests additional time to confer with the Government and determine the necessity of a trial.

*Id*. at PageID 119. Whiteside also represents that the government has no objection to the relief requested. *Id.* at PageID 120.

Because the Court concludes that the ends of justice served by continuing trial—to allow Whiteside and her counsel sufficient time to meet and discuss if trial will be necessary—outweigh the best interest of the public and Whiteside in a speedy trial, the motion to continue [39] is **GRANTED**.

Trial is continued until **Monday, June 1, 2026**; the plea agreement deadline and the motions-in-limine deadline both are May 11, 2026; the dispositive motions deadline is May 4, 2026; and the non-dispositive motions deadline is April 27, 2026. The delay from this date until

the commencement of such trial shall be excluded from all Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 13th day of March, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**